In re   **Sheron H. Daugherty**                                      ,   Case No.   __11-40630-mbm__
                                             Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **628 Fildew, Pontiac, MI  48341**<br>**2013 SEV:19,640**<br>**Deed is in Debtor and ex-husband's name. However, pursuant to divorce judgment, debtor is entitled to ownership of the property.** | **Fee Simple** | - | 39,280.00 | 10,532.35 |
| | | Sub-Total > | 39,280.00 | (Total of this page) |
| | | Total > | 39,280.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Sheron H. Daugherty**,  Case No. __**11-40630-mbm**__
                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account @ Bank of America** | J | 56.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. furnishings** | - | 7,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **(2) CD players, CD's, antique lamp, Wii System, PlayStation** | - | 900.00 |
| 6. | Wearing apparel. | | **Wardrobe** | - | 2,500.00 |
| 7. | Furs and jewelry. | | **Jewelry** | - | 1,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Camera, video recorder** | - | 350.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **State Farm Insurance** | - | 1.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **11,807.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

In re **Sheron H. Daugherty**, Case No. **11-40630-mbm**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Child Support** | - | **2,500.00** |
| | | **Debtor entitled to QDRO pursuant to Divorce Judgement** | - | **Unknown** |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated Tax Refund** | - | **1,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **3,500.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

In re **Sheron H. Daugherty**, Case No. **11-40630-mbm**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Kia Sportage** | - | 3,852.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **3,852.00** |
| Total > | **19,159.00** |

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Sheron H. Daugherty**, Case No. **11-40630-mbm**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 628 Fildew, Pontiac, MI 48341<br>2013 SEV:19,640<br>Deed is in Debtor and ex-husband's name.<br>However, pursuant to divorce judgment, debtor<br>is entitled to ownership of the property. | 11 U.S.C. § 522(d)(1) | 21,625.00 | 39,280.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account @ Bank of America | 11 U.S.C. § 522(d)(5) | 56.00 | 56.00 |
| **Household Goods and Furnishings** | | | |
| Misc. furnishings | 11 U.S.C. § 522(d)(3) | 7,000.00 | 7,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| (2) CD players, CD's, antique lamp, Wii System, PlayStation | 11 U.S.C. § 522(d)(3) | 900.00 | 900.00 |
| **Wearing Apparel** | | | |
| Wardrobe | 11 U.S.C. § 522(d)(3) | 2,500.00 | 2,500.00 |
| **Furs and Jewelry** | | | |
| Jewelry | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Camera, video recorder | 11 U.S.C. § 522(d)(3) | 350.00 | 350.00 |
| **Interests in Insurance Policies** | | | |
| State Farm Insurance | 11 U.S.C. § 522(d)(7) | 100% | 1.00 |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| Child Support | 11 U.S.C. § 522(d)(10)(D) | 2,500.00 | 2,500.00 |
| Debtor entitled to QDRO pursuant to Divorce Judgement | 11 U.S.C. § 522(d)(10)(D)<br>11 U.S.C. § 522(d)(12) | 100%<br>100% | Unknown |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Anticipated Tax Refund | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| | Total: | **36,932.00** | **54,587.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Sheron H. Daugherty**, Case No. **11-40630-mbm**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1095** <br><br>**Citi Mortgage** <br>**P.O. Box 9438** <br>**Gaithersburg, MD 20898-9438** | X | - | **1998** <br>**Mortgage** <br>**628 Fildew, Pontiac, MI 48341** <br>**2013 SEV:19,640** <br>**Deed is in Debtor and ex-husband's name. However, pursuant to divorce judgment, debtor is entitled to ownership of the property.** <br> Value $ **39,280.00** | | | | **10,222.35** | **0.00** |
| Account No. <br><br>**Trott & Trott** <br>**31440 Northwestern Hwy #200** <br>**Farmington, MI 48334-2525** | | | **Representing:** <br>**Citi Mortgage** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **5001** <br><br>**City of Pontiac Water & Sewer Dept.** <br>**P.O. Box 805046** <br>**Chicago, IL 60680-4111** | | - | **2010** <br>**Water Bill** <br>**628 Fildew, Pontiac, MI 48341** <br>**2013 SEV:19,640** <br>**Deed is in Debtor and ex-husband's name. However, pursuant to divorce judgment, debtor is entitled to ownership of the property.** <br> Value $ **39,280.00** | | | | **310.00** | **0.00** |
| Account No. **2601** <br><br>**Santander Consumer, USA** <br>**PO Box 96214** <br>**Fort Worth, TX 76161** | | - | **2007** <br><br>**Auto loan** <br><br>**2007 Kia Sportage** <br><br> Value $ **3,852.00** | | | | **16,313.00** | **12,461.00** |
| **0** continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | **26,845.35** | **12,461.00** |
| | | | Total <br>(Report on Summary of Schedules) | | | | **26,845.35** | **12,461.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Sheron H. Daugherty**, Case No. **11-40630-mbm**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6899** <br><br> **Capital One/Northstar** <br> **First National Collection Bureau** <br> **610 Waltham Way** <br> **Sparks, NV 89434** | - | | 1996 <br> Credit card purchases | | | | **2,407.12** |
| Account No. **xxxxxx96 GC** <br><br> **Chrysler Financial** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290** | X - | | 2005 <br> Vehicle Deficiency | | | | **8,820.42** |
| Account No. <br><br> **48th District Court** <br> **# 07-140896 GC** <br> **4280 Telegraph Rd., P.O. Box 3200** <br> **Bloomfield Hills, MI 48302-3200** | | | Representing: <br> **Chrysler Financial** | | | | **Notice Only** |
| Account No. <br><br> **Weltman, Weinberg & Reis** <br> **2155 Butterfield Dr. #200** <br> **Troy, MI 48084** | | | Representing: <br> **Chrysler Financial** | | | | **Notice Only** |

__2__ continuation sheets attached

Subtotal (Total of this page) **11,227.54**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   S/N:26222-130924   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sheron H. Daugherty**, Case No. **11-40630-mbm**
　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9276, 8923, 4508** <br><br> **Cingular/AT&T** <br> **1851 S. Alvermo Rd.** <br> **Manitowoc, WI 54220** | X | - | **2009** <br> **Cellular provider** | | | | **2,682.00** |
| Account No. **6808** <br><br> **Cred-O-Matic Finance Corp** <br> **45735 Woodward Ave** <br> **Pontiac, MI 48341** | X | - | **2004** <br> **Vehicle Deficiency** | | | | **1,095.00** |
| Account No. **8290** <br><br> **Cross County Bank/Applied Bank** <br> **P.O. Box 129** <br> **Thorofare, NJ 08086** | | - | **1997** <br> **Credit card purchases** | | | | **1,228.17** |
| Account No. <br><br> **First National Collection** <br> **610 Waltham Way** <br> **Sparks, NV 89434** | | | Representing: <br> **Cross County Bank/Applied Bank** | | | | **Notice Only** |
| Account No. **6808** <br><br> **Enterprise Rent A Car** <br> **362 S. Telegraph Rd** <br> **Pontiac, MI 48341** | | - | **2008** <br> **car rental** | | | | **169.00** |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,174.17**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sheron H. Daugherty**, Case No. **11-40630-mbm**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Greentree Associates**<br>**P.O. Box 3417**<br>**Escondido, CA 92033** | | | Representing:<br>**Enterprise Rent A Car** | | | | **Notice Only** |
| Account No. **xxxxxxxx4FDO**<br><br>**Federal Loan Servicing**<br>**P.O. Box 69184**<br>**Harrisburg, PA 17106** | | - | 2010<br>money loaned | | | | 5,000.00 |
| Account No. **9006**<br><br>**Hundred Fold Financial**<br>**PO Box 8068**<br>**Bloomfield Hills, MI 48302** | | - | 2007<br>Medical Bills | | | | 55.00 |
| Account No. **000-11602**<br><br>**Jena Mae, Inc.**<br>**PO Box 660413**<br>**Indianapolis, IN 46266-0413** | | - | 2012<br>Nursing classes (never started) | | | X | 3,398.26 |
| Account No. **1756**<br><br>**Lake Community CU**<br>**350 N. Park Blvd.**<br>**Lake Orion, MI 48362** | | - | 2000<br>Loan | | | | 100.00 |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,553.26**

Total (Report on Summary of Schedules) **24,954.97**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Sheron H. Daugherty**                                                Case No. **11-40630-mbm**
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Niece**<br>**Daughter (student)**<br>**Son (paralyzed)** | AGE(S):<br>**17 mo**<br>**21**<br>**36** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Nurse** | |
| Name of Employer | **Preferred Choice Health Care LLC** | |
| How long employed | **2 months** | |
| Address of Employer | **26711 Woodward Ave, Suite 208A**<br>**Huntington Woods, MI 48070** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,625.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **1,625.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **152.00** | $ **N/A** |
|     b. Insurance | $ **0.00** | $ **N/A** |
|     c. Union dues | $ **0.00** | $ **N/A** |
|     d. Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **152.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,473.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income<br>(Specify): **See Detailed Income Attachment** | $ **1,692.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,692.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,165.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **3,165.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtor's son lives with her and has cancer and is paralyzed.**

B6I (Official Form 6I) (12/07)

In re **Sheron H. Daugherty**　　　　　　　　　　　　　　　　　　　Case No. **11-40630-mbm**
　　　　　　　　　　　　　　　　　Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Monthly Income:**

| | | |
|---|---:|---:|
| Part Time at Tri-County Home Care Services | $ 1,042.00 | $ N/A |
| Part Time at Primary Choice Home Care of MI | $ 350.00 | $ N/A |
| Support from Son | $ 300.00 | $ N/A |
| **Total Other Monthly Income** | $ 1,692.00 | $ N/A |

**B6J (Official Form 6J) (12/07)**

In re **Sheron H. Daugherty**          Case No. **11-40630-mbm**
         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **605.00** |
|    a. Are real estate taxes included?     Yes ___     No **X** | | |
|    b. Is property insurance included?     Yes ___     No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ **200.00** |
|                b. Water and sewer | | $ **25.00** |
|                c. Telephone | | $ **0.00** |
|                d. Other **(2)Cellphones/Cable/Internet** | | $ **200.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **50.00** |
| 4. Food | | $ **500.00** |
| 5. Clothing | | $ **75.00** |
| 6. Laundry and dry cleaning | | $ **45.00** |
| 7. Medical and dental expenses | | $ **120.00** |
| 8. Transportation (not including car payments) | | $ **450.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **97.00** |
| 10. Charitable contributions | | $ **450.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | | $ **20.00** |
|        b. Life | | $ **47.00** |
|        c. Health | | $ **0.00** |
|        d. Auto | | $ **200.00** |
|        e. Other | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|          (Specify) | | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | | $ **0.00** |
|        b. Other | | $ **0.00** |
|        c. Other | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other    **Personal hygiene** | | $ **80.00** |
|       Other | | $ **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **3,164.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     **Rent is anticipated as debtor is surrendering her home.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **3,165.00** |
| b. | Average monthly expenses from Line 18 above | $ **3,164.00** |
| c. | Monthly net income (a. minus b.) | $ **1.00** |

Revised 11/11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Sheron H. Daugherty

**CASE NUMBER:** 11-40630-mbm

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

☒ Add creditors to schedule(s) **F**. How many? **1**
(Use second page of this form to list creditors added).

☐ **$30.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: (Provide detail of Amendment) **Requirements Upon Conversion (Amended A,B,C,D,F,I,J)**

☒ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): **-NONE-**

(Please print)

Previous address:  Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): **Jena Mae, Inc.**

(Please print)

Address **PO Box 660413**
**Indianapolis, IN 46266-0413**

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature: **/s/ Jay E. Piggott**

**Jay E. Piggott P68091**

Name of Attorney
**23843 Joy Road**
**Dearborn Heights, MI 48127**
**(313) 724-5088**
**fregolaw@aol.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Sheron H. Daugherty**
**Sheron H. Daugherty**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy